# PHILLIP D. LEVEY
ATTORNEY AT LAW

---

2722 North Racine Avenue   Chicago, Illinois 60614   773/348-9682

December 17, 2015

Benita Jones
Office Of U.S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604

VIA E-MAIL: benita.jones@usdoj.gov

Re: Resignation - Cases Scheduled for December 28, 2015

Dear Ms. Jones:

As requested, I hereby resign as interim trustee in the list of cases attached hereto.

Very truly yours,

Phillip D. Levey

## RESIGNATION RE CASES SCHEDULED FOR DECEMBER 28, 2015

| | |
|---|---|
| 15-38981 | Corey Evervett |
| 15-39009 | Randolph Martin |
| 15-39199 | Charlie McThune Jr. |
| 15-39029 | Donald Taylor |
| 15-39035 | Carol Williams |
| 15-39215 | Dennis J. McDermott |
| 15-39036 | Christopher N. Stodder |
| 15-39042 | Jose L. Gamino |
| 15-39225 | Emelita Lopez |
| 15-39047 | Carlos G. Manzo |
| 15-39052 | Walter W. Layne Jr. |
| 15-39231 | David Tuminello |
| 15-39060 | Cynthia D, Huerta |
| 15-39062 | Norma J. Chambers |
| 15-39239 | Catherine F. Mercante |
| 15-39075 | Jaime A. Calderon Jr. |
| 15-39077 | Gregory Sherman |
| 15-39246 | Marius Matysek |
| 15-39258 | Josephine M. Grafen |
| 15-39262 | Carmelo Ayla-Perez |
| 15-39265 | Michael Coffee |
| 15-39461 | Tiffany Bradley |
| 15-39511 | Cuahutemoc Leon |
| 15-39512 | Ines Morales |
| 15-39514 | Juan Soriano |
| 15-39516 | Raul Flores |



**United States Department of Justice**
Office of the United States Trustee
*Region 11*

219 S. Dearborn Street   Main (312) 886-5785
Room 873                 Fax  (312) 886-5794
Chicago, IL 60604

December 17, 2015

Eugene Crane, Esq.
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, Illinois 60603

                            Cases:   Attached Cases:
                                     *December 28, 2015*

Dear Mr. Crane:

    Due to the resignation of the former trustee, Phillip D. Levey in the attached cases, you have been appointed as successor trustee.   Bond is fixed and approved as the blanket bond.

  If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter.   Otherwise you will be deemed to have accepted this appointment.

                                        Sincerely,

                                        Patrick S. Layng
                                        United States Trustee

Rejected:

                                   **Adam G. Brief**   Digitally signed by Adam G. Brief
Signature:                                        DN: cn=Adam G. Brief, o=USTP, ou=DOJ,
                                                                  email=adam.brief@usdoj.gov, c=US
                                                                  Date: 2015.12.17 16:17:34 -06'00'
                                   Adam G. Brief
                                   Assistant United States Trustee

Date

AGB:bj

## RESIGNATION RE CASES SCHEDULED FOR DECEMBER 28, 2015

| Case Number | Name |
|---|---|
| 15-38981 | Corey Evervett |
| 15-39009 | Randolph Martin |
| 15-39199 | Charlie McThune Jr. |
| 15-39029 | Donald Taylor |
| 15-39035 | Carol Williams |
| 15-39215 | Dennis J. McDermott |
| 15-39036 | Christopher N. Stodder |
| 15-39042 | Jose L. Gamino |
| 15-39225 | Emelita Lopez |
| 15-39047 | Carlos G. Manzo |
| 15-39052 | Walter W. Layne Jr. |
| 15-39231 | David Tuminello |
| 15-39060 | Cynthia D, Huerta |
| 15-39062 | Norma J. Chambers |
| 15-39239 | Catherine F. Mercante |
| 15-39075 | Jaime A. Calderon Jr. |
| 15-39077 | Gregory Sherman |
| 15-39246 | Marius Matysek |
| 15-39258 | Josephine M. Grafen |
| 15-39262 | Carmelo Ayla-Perez |
| 15-39265 | Michael Coffee |
| 15-39461 | Tiffany Bradley |
| 15-39511 | Cuahutemoc Leon |
| 15-39512 | Ines Morales |
| 15-39514 | Juan Soriano |
| 15-39516 | Raul Flores |