UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Carol L. Williams a/k/a Carol Williams<br><br>*Debtor(s),* | Chapter 7<br><br>Case No. 15-39035<br><br>Judge Donald R. Cassling |

### NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE THAT ON January 5, 2016 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 619, and shall then and there present the attached Motion and at which time you may appear if you so desire.

### CERTIFICATION

     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 21, 2015, with proper postage prepaid.

     Pierce & Associates, P.C.

| | |
|---|---|
| *THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE* | /s/ Dana O'Brien<br>Dana O'Brien<br>ARDC# 6256415<br>1 N. Dearborn St. Suite 1300<br>Chicago, IL 60602<br>(312) 346-9088 |

Pierce File No. 252410-15831

## **NOTICE OF MOTION ADDRESSES**

To Trustee:
Eugene Crane
Crane Heyman Simon Welch & Clar
135 S Lasalle Ste 3705
Chicago, IL 60603
**by Electronic Notice through ECF**

To U.S. TRUSTEE:
401 Main Street
Suite 1100
Peoria, Illinois 61602
**by Electronic Notice through ECF**

To Debtor:
Carol Williams a/k/a Carol L. Williams
58 E. 101st Place
Chicago, IL 60628

P.O. Box 731
Homewood, IL 60430
**by U.S. Mail**


To Attorney:
Penelope N Bach
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL
**by Electronic Notice through ECF**


Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

252410-15831

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:   Carol L. Williams a/k/a Carol Williams<br><br>*Debtor(s),* | Chapter 7<br><br>Case No.  15-39035<br><br>Judge Donald R. Cassling |

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 58 E. 101st Place, Chicago, IL 60628, be modified, stating as follows:

1. On November 16, 2015, the above captioned Chapter 7 was filed.

2. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America services the first mortgage lien on the property located at 58 E. 101st Place, Chicago, IL 60628.

3. The debt is based on a February 14, 2002, Mortgage and Note in the original sum of $81,000.00.

4. As of December 18, 2015 the funds necessary to pay off Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America on the above captioned account were approximately $63,231.83. Additional interest advances and charges may have accrued under the security instrument through the

presentment of this motion. The debtor's schedules list the fair market value of said property at $50,869.00.

5. The account is currently due and owing to Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America for the October 1, 2014 current mortgage payment and those thereafter, plus reasonable attorney fees and costs.

6. The debtor's mailing address is different from 58 E. 101st Place, Chicago, IL 60628.

7. The debtor has no equity in the property located at 58 E. 101st Place, Chicago, IL 60628, for the benefit of unsecured creditors.

8. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America continues to be injured each day it remains bound by the Automatic Stay.

9. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America is not adequately protected.

10. The property located at 58 E. 101st Place, Chicago, IL 60628 is not necessary for the debtor's reorganization.

11. The Debtor has scheduled an intention to surrender the property.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and such other relief as this Court deems just.

        Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

        /s/ Dana O'Brien
        Dana O'Brien
        ARDC# 6256415

        Pierce & Associates, P.C.
        1 N. Dearborn St. Suite 1300
        Chicago, IL 60602
        (312) 346-9088